**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Pepe RODRIGUEZ–LOSA, aka Pepe Loza–Rodriguez, Celso Rodriguez–Delgado, Defendant–Appellant.**

No. 02–30421.

United States Court of Appeals,
Ninth Circuit.

courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-

Submitted Dec. 8, 2003.*

Decided Dec. 15, 2003.

Kim R. Lindquist, Esq., United States Attorney's Office, Boise, ID, for Plaintiff–Appellee.

Leo N. Griffard, Jr., Esq.,Boise, ID, for Defendant–Appellant.

Before GOODWIN, WALLACE and MCKEOWN, Circuit Judges.

## MEMORANDUM **

Pepe Rodriguez–Losa appeals his 60–month sentence imposed following his guilty plea to being a removed alien found in the United States, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Rodriguez–Losa's counsel has filed a brief stating that there are no grounds for relief, and a motion to withdraw as counsel of record. There has been an answering brief, but no pro se supplemental brief, filed.

Our examination of the briefs and independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no grounds for relief. Accordingly, counsel's

cation and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

motion to withdraw is GRANTED, and the district court's judgment is AFFIRMED.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.